1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUL 2 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              1:14-CV-00859---SAB

12                      Plaintiff,         **ORDER REGARDING CLERK'S**
                                           **ISSUANCE OF WARRANT FOR ARREST**
13              v.                         **OF ARTICLES *IN REM***

14  APPROXIMATELY $20,420.00 IN U.S.
    CURRENCY,
15
                        Defendant
16

17

18         WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 6,

19  2014, in the United States District Court for the Eastern District of California, alleging

20  that defendant approximately $20,420.00 in U.S. currency (hereafter "defendant

21  currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6),

22  for one or more violations of 21 U.S.C. § 841 *et seq.*;

23         And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In*

24  *Rem* and the affidavit of Drug Enforcement Administration Special Agent Shawn Riley,

25  there is probable cause to believe that the defendant currency so described constitutes

26

27  property that is subject to forfeiture for such violation(s), and that grounds for the

28

Order Regarding Clerk's Issuance of Arrest Warrant of          1
Articles *In Rem*

1  issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the

2  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

3      IT IS HEREBY ORDERED that the Clerk for the United States District Court,

4
5  Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the

6  defendant currency.

7

8  Dated: **July 22, 2014**

9  SANDRA M. SNYDER
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Regarding Clerk's Issuance of Arrest Warrant of     2
Articles *In Rem*