```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-CV-00859---SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE, JOINT SCHEDULING REPORT, AND ANSWER |
| v. | |
| APPROXIMATELY $20,420.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and Claimant Bryon James Thornton ("Claimant"), by and through their undersigned counsel, hereby agree and STIPULATE as follows:

On June 5, 2014, the United States filed a Complaint in this case. On June 6, 2014, the Court issued Civil New Case Documents and set a mandatory scheduling conference for September 9, 2014, with a Joint Scheduling Report due by September 2, 2014. Claimant filed a Claim on August 22, 2014, but to date has not filed an Answer.

On August 4, 2014 Assistant United States Attorney Jeffrey A. Spivak became the primary counsel of record in this matter, replacing Assistant United States Attorney Heather Mardel Jones. Due to a clerical error, AUSA Spivak did not receive the calendar entry for the Mandatory Scheduling Conference and the JSR deadline. The parties did not submit a JSR by September 2, 2014.

1  The parties jointly stipulate and request that the Court continue the Mandatory
2  Scheduling Conference from September 9, 2014 to October 28, 2014 at 3:45 pm, with a
3  Joint Scheduling Report due by October 21, 2014.

4  The parties also stipulate and request that Claimant's deadline to file an answer be
5  extended to September 26, 2014.

Dated:  September 8, 2014                BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Jeffrey A. Spivak
                                          JEFFREY A. SPIVAK
                                          Assistant U.S. Attorney

Dated:  September 8, 2014                /s/ John Balazs
                                          JOHN BALAZS
                                          Attorney for Claimant Bryon James Thornton

### ORDER

The Mandatory Scheduling Conference is continued from September 9, 2014 to October 28, 2014 at 3:45 pm.  The parties shall file a Joint Scheduling Report by October 21, 2014.  Claimant's deadline to file an answer is extended to September 26, 2014.

IT IS SO ORDERED.

Dated:   **September 8, 2014**

UNITED STATES MAGISTRATE JUDGE

2