# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $20,420.00 IN U.S. CURRENCTY,<br><br>          Defendant. | Case No.  1:14-cv-00859---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN TWENTY-ONE DAYS |

Plaintiff United States of America filed this action on June 5, 2014.  On October 16, 2014, Plaintiff filed a notice of settlement.  Pursuant to the notice of settlement, the parties are HEREBY ORDERED to file dispositional documents on or before November 7, 2014.  The Clerk of the Court is directed to assign a Fresno District Judge to this case.

IT IS SO ORDERED.

Dated:   **October 17, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1