1   BENJAMIN B. WAGNER
    United States Attorney
2   JEFFREY A. SPIVAK
3   Assistant United States Attorney
    501 I Street, Suite 10-100
4   Sacramento, California 95814
    Telephone: (916) 554-2700
5   Facsimile:   (916) 554-2900

6
    Attorneys for Plaintiff United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  1:14-CV-00859-LJO-SAB

12                        Plaintiff,     **FINAL JUDGMENT OF FORFEITURE**

13           v.

14  APPROXIMATELY $20,420.00 IN U.S.
    CURRENCY,
15

16                        Defendant.

17

18      Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

19      1.  This is a civil action against approximately $20,420.00 in U.S. Currency

20  (hereafter "Defendant Currency").

21      2.  The Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 6,

22  2014, alleging that said Defendant Currency is subject to forfeiture to the United States of

23  America pursuant to 21 U.S.C. § 881(a)(6).

24      3.  On July 23, 2014, the Clerk issued a Warrant for Arrest for the Defendant

25  Currency, which was duly executed.

26      4.  Beginning on July 1, 2014, and continuing for at least 30 consecutive days, the

27

28

    Final Judgment of Forfeiture              1

1 United States published notice of this action on the official government forfeiture site

2 www.forfeiture.gov.  A Declaration of Publication was filed with the Court on October 3,

3 2014.

4     5.  In addition to the public notice on the official internet government forfeiture site

5 www.forfeiture.gov, direct notice or attempted direct notice was given to the following

6 individuals:

7        a.     Bryon Thornton

8        b.     Brian Thornton

9        c.     John Balazs, attorney

10     6.  On August 22, 2014, Bryon Thornton filed his verified claim in this action. To date,

11 no other parties have filed claims or answers in this matter, and the time in which any

12 person or entity may file a claim and answer has expired.

13     7.  The Clerk of the Court entered a Clerk's Certificate of Entry of Default against

14 Brian Thornton on October 10, 2014.  Pursuant to Local Rule 540, the United States and

15 Claimant Bryon Thornton thus join in a request that as part of the Final Judgment of

16 Forfeiture in this case the Court enter a default judgment against the interests, if any, of

17 Brian Thornton.

18     8.  Claimant Bryon Thornton represents and warrants that he is the sole owner of the

19 Defendant Currency and that no other person or entity has any legitimate claim of

20 interest therein.  Should any person or entity institute any kind of claim or action against

21 the United States with regard to its forfeiture of all or part of the Defendant Currency,

22 Claimant shall hold harmless and indemnify the United States.

23      Based on the above findings, and the files and records of the Court, it is hereby

24 ORDERED AND ADJUDGED:

25     1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by

26 and between the parties to this action, and incorporates it by reference herein.

27     2.  That judgment is hereby entered against Claimant Bryon Thornton, Brian

28 Thornton, and all other potential claimants who have not filed claims in this action.

1    3.  Upon full execution of this Stipulation and entry of the Final Judgment of

2  Forfeiture, $14,420.00 in U.S. Currency of the Defendant Currency, together with any

3  interest that may have accrued on the full amount of the Defendant  Currency, shall be

4  forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according

5  to law.

6    4.  Within 60 days of entry of the Final Judgment of Forfeiture herein or 60 days after

7  Claimant has provided the necessary electronic funds transfer paperwork—whichever is

8  later, $6,000.00 of the Defendant Currency shall be returned to Claimant Bryon Thornton

9  via his counsel of record, Mr. John Balazs at 916 Second Street, Suite F, Sacramento, CA

10  95814.

11    5.  That plaintiff United States of America and its servants, agents, and employees,

12  and all other Public entities, their servants, agents, and employees, are released from any and

13  all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the

14  Defendant Currency.  This is a full and final release applying to all unknown and

15  unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well

16  as to those now known or disclosed.  Claimant has waived the provisions of California Civil

17  Code § 1542.

18    6.  That pursuant to the stipulation of the parties, and the allegations set forth in the

19  Complaint filed on or about June 6, 2014, the Court finds that there was reasonable cause for

20  the seizure and arrest of the Defendant Currency, and for the commencement and prosecution

21  of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465

22  shall be entered accordingly.

23    7.  Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between

24  the parties, no  party "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  All

25  parties shall bear their own costs and attorney's fees.

26  ///

27  ///

28  ///

Final Judgment of Forfeiture                         3

8.  The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

**SO ORDERED**
**Dated: October 30, 2014**

**/s/ Lawrence J. O'Neill**
**United States District Judge**

**CERTIFICATE OF REASONABLE CAUSE**

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed June 6, 2014, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture.

**SO ORDERED**
**Dated: October 30, 2014**

**/s/ Lawrence J. O'Neill**
**United States District Judge**

Final Judgment of Forfeiture                    4